AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

ALBERTO DE LEON

WARRANT FOR ARREST

CASE NUMBER: 99-151(JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALBERTO DE LEON

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with (brief description of offense)

the defendant being an alien previously deported from the United States, attempted to enter the United States, without obtaining, prior to his reembarkation at a place outside thereof or his application for admission from a foreign contiguous territory, the express consent from the Attorney General of the United States to such alien's reapplying for admission; all in violation of Title 8, United States Code, Section 1326(a)(2)(a) and (b)(2).

| Justo Arenas | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: Tere Mollfulleda, Deputy Clerk | May 26, 1999 at San Juan, P. R. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received 5\27\99 | Name and Title of Arresting Officer  J NS | Signature of Arresting Officer  Executed for JNS |
|---|---|---|
| Date of Arrest 5\27\99 | | |

AO 442 (Rev. 12/85) Warrant for Arrest